IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01805-ZLW

JERRY L. MASKE,

    Plaintiff,

v.

IBM CORPORATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2009

GREGORY C. LANGHAM
CLERK

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on November 5, 2009, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 5th day of November, 2009.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: _____
    Deputy Clerk